JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>HART'S FAMILY FLOORING, a business of unknown form; RAMI DARGHALLI, individually and as trustee of the RAMI DARGHALLI REVOCABLE LIVING TRUST DATED JANUARY 5, 2005,<br><br>    Defendants. | Case No. 2:20-cv-09248-JFW-ASx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Hart's Family Flooring And Rami Darghalli ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   November 29, 2021     _____

    UNITED STATES DISTRICT JUDGE

1